IN THE UNITED STATES
Southern District of West Virginia
(Charleston)

May 12, 2004

CA 5:04-0496

JORDAN V. KIRKPATRICK

FILED
MAY 19 2004
TERESA L. DEPPNER, CLERK

I Edward A. Jordan ask that the following Complaint claiming negligence and malpractice stemming from an unconstitutional and illegal court order supplyed by Raleigh Co Circuit Judge H.L. Kirkpatrick to have forced upon me a psychological and psychiatric exam to determine my competence to stand trial and or criminal responsibility at ~~time~~ of alledged offences after I had already stood trial -- which there-by violates my ~~~~ rights to due process and a fair trial ~~~~ assistance of any and all medical and psychiatrist and psychological experts encluding members of the forensic unit at the South Central Jail are there-by guilty of negligence and malpractice after I have constantly refusal to be evaluated while I have continually noted the constitutional error in them doing so, and against my will. I am filing this complaint to stop and prevent these exams from going forward and to be compensated by the experts companys concerning any further incarceration or other preJudices that may stem from such negligence and malpractice. Please properly file this initial complaint with your court.

Edward A Jord---

Gary Daniellson 5/13/04

State of West Virginia
County of Kanawha

The foregoing instrument was acknowledged before me this May 13, 04 by Edward Jordan.

My Commission expires July 3, 2013

Mitchell Perry

OFFICIAL SEAL
Notary Public, State Of West Virginia
MITCHELL L. PERRY
South-Central Regional Jail
1000 Centre Way, Charleston, WV 25309
My Commission Expires July 3, 2013